# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 01:07CR00090-1 |
| Courtney A. Coleman | ) | USM No. 08580-028 |
| 04/04/2008 | | Sara Varner |
| Date of Previous Judgment | | Defendant's Attorney |

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☑ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120 months (Ct. 1)  **is reduced to** 60 months (Ct. 1) .

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

| | |
|---|---|
| Previous Sentence Imposed: 120 months (Ct. 1) | Amended Sentence: 60 months (Ct. 1) |
| Previous Supervised Release Term Imposed: 5 years | Amended Supervised Release Term: 4 years |
| Previous Underlying Sentence Imposed: | Amended Underlying Sentence: |

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**


Except as provided above, all provisions of the judgment dated  04/04/2008  shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 2/25/2019

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _Andrew P. Dalrnska_
Deputy Clerk

_William T. Lawrence_
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana